Randal M. Barnum    State Bar No. 111287
Jenna R. Avila      State Bar No. 307639
LAW OFFICES OF BARNUM & AVILA
279 East H Street
Benicia, CA  94510
Telephone:   707.745.3747
Facsimile:   707.745.4580
rbarnum@rmblaw.com
javila@rmblaw.com

Attorneys for Defendant SITE SAFE TRAFFIC
SAFETY AND SIGNS

James R Hawkins     State Bar No. 192925
Gregory Mauro       State Bar No. 222239
Michael Calvo       State Bar No. 314986
Lauten Falk         State Bar No. 316893
Ava Issary,         State Bar No. 342252
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:   949.387.7200
Facsimile:   949.387.6676
James@jameshawkinsaplc.com
Greg@ jameshawkinsaplc.com
Michael@ jameshawkinsaplc.com
Lauren@jameshawkinsaplc.com
Ava@jameshawkinsaplc.com

Attorneys for Plaintiff TODD GILBERT

**UNITED STATES DISTRICT COUT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD GILBERT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>SITE SAFE TRAFFIC SAFETY AND SIGNS, a California corporation and DOES 1-50, inclusive,<br><br>    Defendant. | CASE NO. 2:24−cv−00941−CKD<br><br>**JOINT STIPULATION AND ORDER TO CONSOLIDATE CASES** |

| | |
|---|---|
| TODD GILBERT, on behalf of the general public as private attorney general,<br><br>Plaintiff,<br>v.<br>SITE SAFE TRAFFIC SAFETY AND SIGNS, a California corporation and DOES 1-50, inclusive,<br>Defendant. | CASE NO. 2:24-cv-01320-CSK |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Plaintiff TODD GILBERT (hereinafter "Plaintiff") and Defendant SITE SAFE TRAFFIC SAFETY AND SIGNS (hereinafter "Defendant") are parties in the matters entitled, *Todd Gilbert, individually and on behalf of all others similarly situated v. Traffic Safety and Signs* (Case No. 2:24−cv−00941−CKD) and *Todd Gilbert, on behalf of the general public as private attorney general v. Traffic Safety and Signs* (Case No. 2:24-cv-01320-CSK), which are currently pending before this Court.  The parties, by and through their respective counsel of record, have conferred and hereby stipulate to consolidate these cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

## JOINT STIPULATION

**WHEREAS**, presently pending in this Court are two related actions identified below:

1. *Todd Gilbert, individually and on behalf of all others similarly situated v. Traffic Safety and Signs* (Case No. 2:24−cv−00941−CKD);" and

2. *Todd Gilbert, on behalf of the general public as private attorney general v. Traffic Safety and Signs* (Case No. 2:24−CV−01320−TLN−CSK).

In both cases, Plaintiff has alleged the same violations of the California Labor Code.

///

///

1     **WHEREAS**, Rule 42(a) of the Federal Rules of Civil Procedure ("F.R.C.P.") permits a court to consolidate actions pending before it if those actions involve a "common question of law or fact" and a Court may consider several factors that would affect the litigation including the burden on parties, witnesses, judicial resources, the risk of inconsistent adjudications, the potential for prejudice, and the risk of delaying trial. *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2nd Cir. 1990); *Cantrell v. GAF Corp.*, 999 F.2d 1007, 1011 (6th Cir. 1993); *Malcolm v. National Gypsum Co.*, 995 F.2d 346, 350 (2nd Cir. 1993); *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 762 (5th Cir. 1989).

    **WHEREAS**, the Parties now seek to consolidate the above related actions pursuant to F.R.C.P. Rule 42 because each action asserts substantially the same claims and raise substantially the same questions of fact and law regarding liability and damages.

    **WHEREAS**, the instant actions have both been properly removed to the United States District Court, Eastern District of California and involve the same facts and circumstances, share many of the same causes of action, would require the same legal analysis, and as such, satisfy the requirement for consolidation under F.R.C.P. Rule 42(a).

    **WHEREAS**, consolidating these two cases would clearly serve the interests of justice, increase judicial efficiency, avoid duplicative evidence, procedures, and inconsistent adjudications, preclude waste, and alleviate potential burdens to the court and all parties involved.

///
///
///
///
///
///
///
///
///

## STIPULATION

IT IS HEREBY STIPULATED, by and between the Parties hereto and through their respective attorneys of record that the above-entitled cases be consolidated and assigned to a United States Magistrate Judge for all purposes.

**IT IS SO STIPULATED**.

Dated: May 31, 2024                    LAW OFFICES OF BARNUM & AVILA


By:       /s/ Randal M. Barnum
          Randal M. Barnum
          Jenna R. Avila
          Attorneys for Defendant
          SITE SAFE TRAFFIC SAFETY AND SIGNS

Dated:  May 31, 2024                   JAMES HAWKINS APLC


By:       /s/ Ava Issary
          James R Hawkins
          Gregory Mauro
          Michael Calvo
          Lauten Falk
          Ava Issary
          Attorneys for Plaintiff
          TODD GILBERT

## ORDER

Based upon the stipulation of the parties, the Court ORDERS the matters of *Todd Gilbert, individually and on behalf of all others similarly situated v. Traffic Safety and Signs* (Case No. 2:24−cv−00941−CKD) and *Todd Gilbert, on behalf of the general public as private attorney general v. Traffic Safety and Signs* (Case No. 2:24-cv-01320-CSK) are hereby CONSOLIDATED FOR ALL PURPOSES and assigned to United States Magistrate Judge Carolyn K. Delaney.  The new case number for all filings is 2:24-cv-00941-CKD.

All further filed documents shall be filed in the lead case 2:24-cv-941-CKD. No further documents shall be filed in the member case 2:24-cv-1320.  The Clerk is DIRECTED to close member case 2:24-cv-1320.  <u>No later than thirty days from the date of this order, plaintiff shall file a combined amended complaint setting forth his claims in both cases</u>.

*IT IS SO ORDERED*.

Dated:  July 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE